UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE: **ADAM AYERS,**
      Debtor,

Case No. 13-45818-pjs
Judge SHEFFERLY
Chapter 7

**JOHN R. BAILEY (P43677)**
Attorney for Debtor
3150 Packard Road
Ypsilanti, Michigan 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com
_____/

## MOTION TO EXCUSE DEBTOR, ADAM AYERS FROM APPEARING AT SECTION 341 MEETING OF CREDITORS, AND TO ALLOW HIS MOTHER JO ANN GOODRICH TO APPEAR ON HIS BEHALF

Debtor, by and through his attorney, JOHN R. BAILEY, states as follows:

1. The Section 341 Meeting of Creditors is scheduled for April 24, 2013 at 4:00p.m.
2. That Debtor is incarcerated at this time.
3. That the Debtor authorized his mother, Jo Ann Goodrich through a power of attorney to appear on his behalf at his 341 Meeting of Creditors.
4. Therefore, Debtor will be unable to attend the 341 Meeting of Creditors.

WHEREFORE, Debtor requests an order excusing the appearance of Debtor, ADAM AYERS, at the Section 341 Meeting of Creditors scheduled for April 24, 2013 at 4:00p.m. and to have his mother, JO ANN GOODRICH, appear on his behalf.

Dated: April 8, 2013

JOHN R. BAILEY (P43677)
Attorney for Debtor
jrbaileyatlaw@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: **ADAM AYERS,**
    Debtor,

Case No. 13-45818-pjs
Judge SHEFFERLY
Chapter 7

**JOHN R. BAILEY (P43677)**
Attorney for Debtor
3150 Packard Road
Ypsilanti, Michigan 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com
_____/

## NOTICE OF DEBTOR'S MOTION TO EXCUSE DEBTOR, ADAM AYERS, FROM APPEARING AT SECTION 341 MEETING OF CREDITORS, AND TO ALLOW HIS MOTHER JO ANN GOODRICH TO APPEAR ON HIS BEHALF

Debtors have filed papers with the court for a Motion to Excuse Debtor, Adam Ayers, from Appearing at Section 341 Meeting of Creditors and allowing his mother, Jo Ann Goodrich to appear on his behalf.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter this order, or if you want the court to consider your views on the motion. Within 15 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI 48226-3211

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| John R. Bailey | Timothy J. Miller |
| 3150 Packard Rd. | Chapter 7 Trustee |
| Ypsilanti, MI 48197 | 64541 Van Dyke, Ste. 101-B |
| | Washington, MI 48095 |

U.S. Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226-3211

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: April 8, 2013

_____
John R. Bailey (P43677)
Attorney for Debtor
3150 Packard Road
Ypsilanti, MI 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: **ADAM AYERS,**
    Debtor,

Case No. 13-45818-pjs
Judge SHEFFERLY
Chapter 7

**JOHN R. BAILEY (P43677)**
Attorney for Debtor
3150 Packard Road
Ypsilanti, Michigan 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com

## NOTICE OF HEARING

Please take notice that a hearing on the Debtor

MOTION TO EXCUSE DEBTOR, ADAM AYERS, FROM APPEARING AT SECTION 341 MEETING OF CREDITORS, AND TO ALLOW HIS MOTHER, JO ANN GOODRICH TO APPEAR ON HIS BEHALF

will be held in the courtroom of Judge Phillips J. Shefferly located on the eighteenth floor, United States courthouse, 211 W. Fort Street, Room 1950, Detroit, Michigan on _____, 2013 at _____ o'clock \_.m.

Dated: April 8, 2013

JOHN R. BAILEY (P43677)
Attorney for Debtor
jrbaileyatlaw@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: **ADAM AYERS,**
      Debtor,

Case No. 13-45818-pjs
Judge SHEFFERLY
Chapter 7

**JOHN R. BAILEY (P43677)**
Attorney for Debtor
3150 Packard Road
Ypsilanti, Michigan 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com

## ORDER TO EXCUSE DEBTOR, ADAM AYERS FROM APPEARING AT SECTION 341 MEETING OF CREDITORS, AND TO ALLOW HIS MOTHER JO ANN GOODRICH TO APPEAR ON HIS BEHALF

The Debtor having filed a Motion to Excuse Debtor, Adam Ayers, from Appearing at Section 341 Meeting of Creditors and allowing his mother, Jo Ann Goodrich to appear on his behalf, and no objections having been filed, and the Court being otherwise fully advised in the premises, and it appearing that no parties of interest will be prejudiced by the relief granted herein; not therefore

IT IS HEREBY ORDERED, that debtor, Adam Ayers, be excused from appearing at the rescheduled Section 341 Meeting of Creditors on April 24, 2013 at 4:00 p.m.

IT IS HEREBY ORDERED that Debtor's mother, Jo Ann Goodrich shall appear on Debtor's behalf.

IT IS SO ORDERED.

                            "Exhibit A"